IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 2 9 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

JOEL DOUGLAS RUMINER                                    PLAINTIFF

VS.                           4:03cv349  GTE

GENERAL MOTORS CORPORATION, ET AL              DEFENDANT(S)


ORDER


The Court has determined a transcript is necessary in the instant case. The Clerk of
the Court is directed to issue a check to Kay Quinn, Transcriber, in the amount of **$300.49**
which includes the courier fees in the amount of $15.00, the Federal Express charges in the
amount of $25.49 and the transcript of the discovery hearing held before the undersigned
on November 18, 2005 in the amount of $260.00.

IT IS SO ORDERED this 29th day of November 2005.


JOHN F. FORSTER, JR, U.S. MAGISTRATE JUDGE

INVOICE

To:         U.S. DISTRICT COURT, LITTLE ROCK

Date:       November 21, 2005

Case:       RUMINER V. GM, ET AL.
            4:03CV00349


Transcript  EXPEDITED DISCOVERY HEARING OF 11-18-05
of:


            52 PAGES @$5.00 (DAILY RATE)     $260.00

        Courier Charge to pick up tapes Fri.    15.00

        Overnight Charge Mon.                    25.49

                Total                        $300.49


KAY QUINN
308 Round Mountain Road
CONWAY, AR 72034
501 730-0033

**PING ORDER** Rev. 12/02

```
******************* SALE *******************
              Mail Boxes Etc.
     Making Business Easier. Worldwide.
*****************************************
Shift:0552 Drw:01 ID:1286 Clerk:ADMIN
11/21/05                        12:30:36

              Center #1166
            813 OAK ST, STE 10A
             CONWAY, AR 72032
             Phone 501-327-7300

Qty Description        Unit        Ext
 1 Metered Mail        25.49       25.49

            Sub Total:           25.49
            Total Sale:          25.49

               Check:            25.49
               Change:            0.00

Visit our Web Site at: WWW.MBE.COM
```

DATE / /

PHONE

E MAIL:

PARCEL SHIPPING ORDER

No.

| LIST ALL CONTENTS | | DECLARED VALUE | C.O.D. AMT. | ZONE | WT | DIM. WT. | CK. ONE | Pkg. Charges Amt | Type |
|---|---|---|---|---|---|---|---|---|---|
| | | $ | $ | | | | ☐ SONIC AIR | | SHP CHG |
| | | ☐ RESIDENTIAL ☐ COMMERCIAL | | ☐ PACKED BY CUSTOMER | | | ☐ EARLY A.M. | | DEC VAL |
| APT. # | | | | | | | ☐ NEXT DAY AIR | | COD |
| | | BREAKABLE | | REPLACEABLE | | | ☐ 2ND DAY AIR | | PKG LABOR |
| PHONE | | ☐ YES ☐ NO | | ☐ YES ☐ NO | | | ☐ 3 DAY SELECT | | PKG MAT |
| PSO# | | SEE #3 BELOW | | SEE BACK | | | ☐ GROUND ☐ OTHER | | |
| | | $ | $ | | | | ☐ SONIC AIR | | SHP CHG |
| | | ☐ RESIDENTIAL ☐ COMMERCIAL | | ☐ PACKED BY CUSTOMER | | | ☐ EARLY A.M. | | DEC VAL |
| APT # | | | | | | | ☐ NEXT DAY AIR | | COD |
| | | BREAKABLE | | REPLACEABLE | | | ☐ 2ND DAY AIR | | PKG LABOR |
| PHONE | | ☐ YES ☐ NO | | ☐ YES ☐ NO | | | ☐ 3 DAY SELECT | | PKG MAT |
| EPSO# | | SEE #3 BELOW | | SEE BACK | | | ☐ GROUND ☐ OTHER | | |
| | | $ | $ | | | | ☑ SONIC AIR | | SHP CHG |
| | | ☐ RESIDENTIAL ☐ COMMERCIAL | | ☐ PACKED BY CUSTOMER | | | ☐ EARLY A.M. | | DEC VAL |
| APT # | | | | | | | ☐ NEXT DAY AIR | | COD |
| STREET | | BREAKABLE | | REPLACEABLE | | | ☐ 2ND DAY AIR | | PKG LABOR |
| CITY/STATE/ZIP PHONE | | | | | | | ☐ 3 DAY SELECT | | PKG MAT |
| E MAIL: EPSO# | | ☐ YES ☐ NO | | ☐ YES ☐ NO | | | ☐ GROUND ☐ OTHER | | |
| | | SEE #3 BELOW | | SEE BACK | | | | | |

**C**

1. Subject to the terms and conditions herein, this Mail Boxes Etc. Center ("we" or "us") will receive and forward parcels for customer ("you"). The carrier for all parcels accepted by us shall be UPS unless otherwise noted (other ____). Parcels accepted from you are subject to refusal for shipment by the carrier. You represent that your true name and address appear above.

2. We do not accept hazardous material, illegal items or articles of unusual value, including but not limited to cash and jewelry for shipment

3. We assume no liability for the delivery of the parcels accepted for shipment nor for loss or damage by any cause to the parcels or their contents while in transit. We are not liable for the failure of the carrier to properly collect or remit funds for C.O.D. parcels. If recipient's form of payment is accepted for C.O.D. by the carrier, you assume all risk. You acknowledge that you have read and understand the instructions on the C.O.D. Tag or system generated

label and further agree that you accept all risk, including, but not limited to, risk of non-payment, insufficient funds and forgery. You further agree that we will not be liable upon any such instrument.

(Continued on back).

| SUB-TOTAL | $ |
|---|---|
| TAX | |
| TOTAL CHARGES | $ |

**CUSTOMER'S SIGNATURE**

I certify that I agree to the terms and conditions herein, and that the stated contents and the value of each package listed is accurate, truthful and complete.

SIGN HERE X

*Thank You*

CENTER #

EMPLOYEE'S INITIALS

CUSTOMER COPY        www.mbe.com        © 2002 MAIL BOXES ETC., INC. ® (2002 Ed., Rev 2002) (FORM #220100)

```
KAY QUINN
308 Round Mountain Road
CONWAY, AR 72034
501 730-0033
```

| AO 435 (Rev. 12/03) | Administrative Office of the United States Courts | | | | FOR COURT USE ONLY | |
|---|---|---|---|---|---|---|
| | **TRANSCRIPT ORDER** | | | | **DUE DATE:** | |
| _Read Instructions on Back:_ | | | | | | |

| 1. NAME | | 2. PHONE NUMBER | | 3. DATE | | |
|---|---|---|---|---|---|---|
| John F. Forster, Jr., U.S. Magistrate Judge | | 501.604.5190 | | November 18, 2005 | | |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 600 W. Capitol, Little Rock, Arkansas 72201 | | | |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | | | |
|---|---|---|---|---|---|
| 4:03cv349 GTE | John F. Forster, Jr. | 10. FROM | 11/18/05 | 11. TO | |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | | | |
|---|---|---|---|---|
| RUMINER V. GMC | 13. CITY | Little Rock | 14. STATE | AR |

**15. ORDER FOR**

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER _(Specify)_ |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) ENTIRE PROCEEDINGS

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | X | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | |
|---|---|---|---|
| 18. SIGNATURE | | PROCESSED BY Cecilia Norwood | |
| 19. DATE | | PHONE NUMBER 501.604.5194 | |

| TRANSCRIPT TO BE PREPARED BY Kay Quinn Conway, Arkansas | | | COURT ADDRESS United States District Court Eastern District of Arkansas 600 West Capitol, Suite 402 Little Rock, AR 72201 | |
|---|---|---|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY